JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LACEY NELSON and MATTHEW NELSON, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY,<br><br>Defendant. | No. 2:23-cv-00782 TL<br><br>STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL<br><br>Note on Calendar: July 3, 2023 |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 3rd day of July, 2023.

*s/ Lesli S. Wood*
Lesli S. Wood, WSBA #36643
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104
(206) 623-4100 T | (206) 623-9273 F
wood@wscd.com
Of Attorneys for Defendant

STIPULATED MOTION AND ~~(PROPOSED)~~
ORDER OF DISMISSAL (Cause No. 2:23-cv-00782 TL) – 1

*s/ Jeffrey D. Dunbar* (per electronic authorization)
Jeffrey D. Dunbar, WSBA# 26339
Ogden Murphy Wallace PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
(206) 447-7000 T | (206) 447-0215 F
jdunbar@omwlaw.com
Attorneys for Plaintiffs

**ORDER OF DISMISSAL**

IT IS SO ORDERED.

DATED this 5th day of July, 2023.

_____
Tana Lin
United States District Judge

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorney for Plaintiffs**
Jeffrey D. Dunbar
Ogden Murphy Wallace PLLC
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008

jdunbar@omwlaw.com
mwhipple@omwlaw.com
choover@omwlaw.com

**SIGNED** this 3rd day of July, 2023, at Seattle, Washington.

 *s/ Traci Jay*
Traci Jay

STIPULATED MOTION AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 2:23-cv-00782 TL) – 3